UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CATHERINE KRINGAS,                                       :
               Plaintiff,                                   :
                                              :          **ORDER**
v.                                                                :
                                              :          20 CV 1724 (VB)
COMMISSIONER OF SOCIAL SECURITY,       :
               Defendant.                                :
----------------------------------------------------------------x

       By Order dated February 28, 2020 (Doc. #6), the Court referred this case to Magistrate Judge Paul E. Davison for a report and recommendation.

       To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

       If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, by no later than May 18, 2020, file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me.  An information sheet on proceedings before magistrate judges is also attached to this Order.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

       If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, defendant's counsel shall file a letter by no later than May 18, 2020, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  The parties are free to withhold consent without negative consequences.

Dated: April 16, 2020
       White Plains, NY

                                                       SO ORDERED:

                                                       Vincent L. Briccetti
                                                     United States District Judge